# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 OCT 12 P 3 54
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Calbert Turner

v.

Case Number:

**18-C-1618**

(to be supplied by Clerk of Court)

(Full name of defendant(s))

Aurora Health Center
Dr. Michael Pothen And
his Receptionist
Aurora Health Pharmacy

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)
   __1900 12th St Racine, WI 53403__
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Aurora Health Center
   Dr. Michael Pothen, his Receptionist (Name)
   Aurora Pharmacy

Complaint – 1

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at __8400 Washington Av Racine, WI 53403__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Aurora 8400 Washington Av Racine WI 53403__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On Oct 10 2016 I went to see Dr Michael Pothen at Aurora Health Center. He send me to get some Metronidazole. I went to Aurora Pharmacy the pill of Metronidazole make me sick, make my feet and toe's hurt. The more I took the more pain I got. I call back to Dr Michael Pothen office I talk to his Receptionist, I need to talk to Nurse. Nurse I need to talk to Dr Michael Pothen. The next time I call Dr Michael Pothen office. I can't talk to any one would not pick up I call and call for 1 + 2 week no one Answer I call United Health Care and make my Complaint next 3

Complaint – 2

For 1 to 2 weeks no one Answer my Call So I make a Complaint with United Health Care on this matter my Health Plan That was from Oct 10-24 of Oct I Call Dr Michael Pothen office to talk with him about this matter. Thos The next time I see Dr Michael Pothen he talk to me like I did something wrong. Because I also fill a Complaint with Aurora health Care. also. All of ~~this~~ them discriminated against me. Why I do not Know.

Complaint – 3

Case 2:18-cv-01618-JPS   Filed 10/12/18   Page 3 of 5   Document 1

C.  **JURISDICTION**

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D.  **RELIEF WANTED**

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

2,000,000

E.  JURY DEMAND

   I want a jury to hear my case.

   ☑ – YES        ☐ – NO

   I declare under penalty of perjury that the foregoing is true and correct.

   Complaint signed this ___12___ day of ___Oct___ 20_18_.

   Respectfully Submitted,

   _Calbert Lure_
   Signature of Plaintiff
   1-662-614-0752  my sister
   _____
   Plaintiff's Telephone Number
   A message phone

   _____
   Plaintiff's Email Address
   not at this time

   Eguilla Miller 366 Miller Hanroh Rd Louisville, MS 39339
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5