# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CALBERT TURNER,

                Plaintiff,

v.

AURORA HEALTH CENTER, AURORA HEALTH PHARMACY, and UNKNOWN RECEPTIONIST,

                Defendants.

Case No. 18-CV-1618-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B) because the amended complaint (Docket #5) fails to state a claim upon which relief may be granted.

APPROVED:

*s/ J.P. Stadtmueller*
J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court

December 27, 2018       *s/ Jodi L. Malek*
Date                               By: Deputy Clerk